IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-09-470 (5) |
| MARK B. WITTLIFF | § | |

**O R D E R**

Mark Wittliff's Motion for Modification of Release Conditions (Possession of Firearms) is denied. All conditions remain in full force and effect.

SIGNED on October 14, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge